CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN J. DUKA, JR.,<br><br>Plaintiff(s),<br><br>vs.<br><br>LAKE COUNTY JAIL, et al.,<br><br>Defendant(s). | JUDGE PATRICIA A. GAUGHAN |
| | DATE: JANUARY 29, 2013 |
| | CASE NUMBER: 1:12CV1683 |
| | COURT REPORTER: |
| | TYPE OF PROCEEDING: |

Default Entry of 1/9/13 is hereby VACATED in light of Doc. #11. Plaintiff's Demand for a Default Judgment Against Defendant Nurse Cion Cabailish is DENIED. Service must be perfected by 4/1/13 or the case will be dismissed.


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Patricia A. Gaughan
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE PATRICIA A. GAUGHAN